People v Rodriguez (2025 NY Slip Op 01116)

People v Rodriguez

2025 NY Slip Op 01116

Decided on February 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
CHERYL E. CHAMBERS
VALERIE BRATHWAITE NELSON
LAURENCE L. LOVE, JJ.

2018-08183
2018-08184
2018-08185

[*1]The People of the State of New York, respondent,
v
Paul Rodriguez, appellant. (S.C.I. Nos. 1264/18, 1265/18, 1266/18)

Paul Rodriguez, Napanoch, NY, appellant pro se. 
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Amanda Iannuzzi of counsel), for respondent.
Patricia Pazner, New York, NY (David P. Greenberg of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 20, 2021 (People v Rodriguez, 198 AD3d 929), affirming three judgments of the Supreme Court, Queens County, all rendered June 14, 2018.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
GENOVESI, J.P., CHAMBERS, BRATHWAITE NELSON and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court